**Bobby L. COMPTON, Plaintiff–Appellant,**

v.

**Ralph DOBBINS, Defendant–Appellee.**

No. 02–7345.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 3, 2002.

Bobby L. Compton, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Bobby L. Compton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Compton v. Dobbins,* No. CA–02–987–7 (W.D.Va. filed Aug. 28, 2002 & entered Aug. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*